| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Darren G. Smith, SBN 168111<br>DARREN GORDON SMITH PLC<br>Newport Park Centre<br>5001 Birch Street<br>Newport Beach, CA 92660<br>ph (949)760-6036   fax (949)719-7728<br><br>Attorney for Plaintiff MAHMOOD K. RAFSANJANI | FILED<br>OCT 1 5 2008<br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>REZA KUCHECKI<br><br>Debtor. | CHAPTER 7<br>CASE NUMBER 8:08-bk-13809-TA<br>ADVERSARY NUMBER 8:08-01389-TA |
|---|---|
| MAHMOOD K. RAFSANJANI<br>Plaintiff(s),<br>vs.<br>REZA KUCHECKI<br>Defendant(s). | (The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by __NOV - 6 2008__, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

Hearing Date: __JAN - 8 2009__   Time: __10:00 A.M.__   Courtroom: __5B__   Floor: __5th__

☐ 255 East Temple Street, Los Angeles           ☒ 411 West Fourth Street, Santa Ana
☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara
☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: __OCT - 7 2008__

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
          Deputy Clerk

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised December 1998 (COA-SA)                                                       F 7004-1

Summons and Notice of Status Conference - *Page 2*  F 7004-1

| In re REZA KUCHECKI | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:08-bk-13809-TA |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

1. I am employed in the County of ORANGE, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

2. ☒ **Regular Mail Service:** On OCTOBER 10, 2008, I served the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, on the Defendant(s) at the following address(es) by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at NEWPORT BEACH, California, addressed as set forth below.

3. ☐ **Personal Service:** On _____, personal service of the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, was made on the Defendant(s) at the address(es) set forth below.

4. Defendant(s) and address(es) upon which service was made:

Reza Kuchecki
48 Stoney Pointe
Laguna Niguel, CA 92677

Thomas H. Casey
Chapter 7 Trustee
22342 Avenida Empressa, Suite 260
Rancho Santa Margarita, CA 92688

Office of the U.S. Trustee
411 W. Fourth Street
Suite 9041
Santa Ana, CA 92701-4593

☐ Names and Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 10·10·08

NANCY LONG
*Type Name*

*Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised December 1998 (COA-SA)  F 7004-1