Thomas J. Polis – SBN 119326
**POLIS & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433
Telephone:  (949) 862-0040
Facsimile:   (949) 862-0041
E-mail: tom@polis-law.com

Counsel for Debtor/Defendant,
Reza Kuchecki aka Reza Kucheki

**FILED & ENTERED**

**MAY 28 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY ngo    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**REZA KUCHECKI,**<br><br>      **Debtor.**<br>_____<br>**MAHMOOD K. RAFSANJANI,**<br><br>      **Plaintiff,**<br>v.<br><br>**REZA KUCHECKI,**<br>      **Defendant.** | Case No.   8:08-bk-13809-TA<br><br>**Chapter 7**<br><br>Adv Proc.   8:08-ap-01389-TA<br><br>**JUDGMENT**<br><br><u>Hearing:</u><br>Date:  April 12, 2010<br>Time: 10:00 a.m.<br>Ctrm: 5B, 5th Floor<br>**Reagan Federal Building & Courthouse**<br>**411 West Fourth Street**<br>**Santa Ana, California  92701** |

F:\Kucheki\Judgment 042210.doc      1

Thomas J. Polis, Esq.
POLIS & ASSOCIATES, APLC
19800 MacArthur Blvd Ste 1000
Irvine, California 92612-2433
Telephone: (949) 862-0040
Facsimile: (949) 862-0041

1  Trial in the above-captioned matter came on for hearing before the Court on April
2  12, 2010 at 10:00 a.m., Honorable Theodor C. Albert, United States Bankruptcy Judge
3  presiding and the evidence presented having being fully considered that proper and
4  complete notice of the Trial having been effected on Plaintiff Mahmood K. Rafsanjani
5  have been duly heard and a decision having been duly rendered.  Thomas J. Polis,
6  Esq., of Polis & Associates, A Professional Law Corporation appeared on behalf of
7  Defendant, Reza Kuchecki.  John L. Palmer, Esq., in association with Darren G. Smith,
8  Esq., of Darren Gordon Smith, Professional Law Corporation, appeared on behalf of
9  Plaintiff, Mahmood K. Rafsanjani.

**IT IS ORDERED AND ADJUDGED** that the Defendant Reza Kuchecki shall be entitled to a judgment in the above-captioned Adversary Proceeding per the Court's *Statement of Decision* (Document No. 34 in the Adversary Proceeding) filed on April 14, 2010.

###

DATED: May 28, 2010

_____
United States Bankruptcy Judge

Thomas J. Polis, Esq.
POLIS & ASSOCIATES, APLC
19800 MacArthur Blvd Ste 1000
Irvine, California 92612-2433
Telephone: (949) 862-0040
Facsimile:  (949) 862-0041

F:\Kucheki\Judgment 042210.doc         2

| In re:  Reza Kuchecki, | CHAPTER 7 |
|---|---|
| Defendant(s). | CASE NO. 8:08-bk-13809-TA<br>ADV. PROC. 8:08-ap-01389-TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is

**Polis & Associates
A Professional Law Corporation
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433**

A true and correct copy of the foregoing document described as**: PROPOSED JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On_____**,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **April 23, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SERVED VIA U.S. FIRST CLASS MAIL**
- Darren G. Smith, 5001 Birch Street Newport Beach, California 92660
- Office of the United States Trustee, Santa Ana, 411 West Fourth Street, Suite 9041, Santa Ana, California 92701
- Honorable Theodor C. Albert, United States Bankruptcy Court, Central District of California, Santa Ana Division, 411 West Fourth Street, Suite 5085, Santa Ana, California 92701
- John L. Palmer, Esq., Bucher & Palmer, LLP, 18002 Irvine Boulevard, Suite 108, Tustin, California 92780
- Thomas Casey, Chapter 7 Trustee
  2342 Avenida Empressa, Suite 260, Rancho Santa Margarita, California 92688

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **April 23, 2010** | **Cristina L. Allen** | **/s/ Cristina L. Allen** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: Reza Kuchecki | CHAPTER 7 |
| --- | --- |
| Defendant(s). | CASE NO. 8:08-bk-13809-TA<br>ADV. PROC. 8:08-ap-01389-TA |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **JUDGMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 23, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Darren G. Smith, Esq. – smithlaw@fea.net
- Office of the United States Trustee – ustpregion16.sa.ecf@usdoj.gov
- John L. Palmer, Esq., Bucher & Palmer, LLP-johnp@bucherpalmer.com
- Thomas Casey, Chapter 7 Trustee – tomcasey@tomcasey.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:**  A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**:  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**