Original

**FILED**
JUN 08 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

Bucher & Palmer, L.L.P.
John L. Palmer, SBN 206981
18002 Irvine Blvd., Ste. 108
Tustin, CA 92780
Telephone: (714) 573-2208; Fax: (714) 619-6878
Attorney for: Creditor, Plaintiff, and Appellant Mahmood Rafsanjani

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Reza Kuchecki,<br><br>    Debtor.<br><br>_____<br><br>Mahmood K. Rafsanjani,<br><br>    Plaintiff,<br><br>v.<br><br>Reza Kuchecki,<br><br>    Defendant. | Case No. 8:08-BK-13809-TA<br><br>Chapter 7<br><br>Adv. Proc. 8:08-01389-TA<br><br>**PLAINTIFF, APPELLANT, MAHMOOD K. RAFSANJANI'S DESIGNATION OF RECORD ON APPEAL**<br><br>Courtroom:    5B<br><br>Judge: Honorable Theodor C. Albert |

TO: THE HONORABLE THEODOR C. ALBERT, JUDGE OF THE UNITED STATES BANKRUPTCY COURT; APPELLEE AND HIS ATTORNEY; AND ALL INTERESTED PARTIES:

The plaintiff and appellant, Mahmood K. Rafsanjani (hereinafter "Plaintiff"), hereby designates the following items to be included in the record on appeal pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure:

Designation of Record on Appeal    1

1.) Docket Entry No. 1 (all references to docket entries refer to the docket of adversary proceeding, No. 8:08-01389-TA), Plaintiff's complaint objecting to the discharge of the debtor, defendant, and appellee, Reza Kuchecki (hereinafter, "Defendant").

2.) Docket Entry No. 7, (# 4, Part 5 of 5), Defendant's answer to Plaintiff's complaint.

3.) Docket Entry No. 28, the Joint Pre Trial Order, signed on December 15, 2009.

4.) Docket entry No. 29, the trial declaration of Defendant.

5.) Docket entry No. 31, the trial declaration of Plaintiff.

6.) Docket Entry No. 32, Defendant's trial brief.

7.) Docket Entry No. 33, Plaintiff's trial brief.

8.) Docket Entry No. 35, the Memorandum of Decision in the adversary proceeding.

9.) Docket Entry No. 36, the Judgment in the adversary proceeding, which the court entered on May 28, 2010.

10.) The Transcript of the trial of the adversary proceeding on April 12, 2010.

11.) Plaintiff's trial exhibit No. 3, Bate Stamp 00003 – 00004, Plaintiff's state court judgment against Defendant.

12.) Plaintiff's trial exhibit No. 4, Bate Stamp 00005, true and correct copies of Defendant's Social Security card and California driver's license.

13.) Plaintiff's trial exhibit No. 5, Bate Stamp 00006, a true and correct copy of a page from Plaintiff's credit report.

14.) Plaintiff's trial exhibit No. 6, Bate Stamp 00007, a true and correct copy of an IRS Form 941 for Defendant's business, Torrance Shell.

15.) Plaintiff's trial exhibit No. 7, Bate Stamp 00008, a true and correct copy of a Google search showing the revocation of Defendant's smog check license and showing Defendant attended flight school.

16.) Plaintiff's trial exhibit No. 12, Bate Stamp 000015 – 000016, a true and correct copy of a portion of the federal income tax return for Capo, Incorporated, Defendant's auto repair business.

17.) Plaintiff's trial exhibit No. 13, Bate Stamp 000017 – 000018, a true and correct copy of an income statement and balance sheet for Capo, Incorporated, Defendant's auto repair business.

18.) Plaintiff's trial exhibit No. 14, Bate Stamp 000019 – 000065, true and correct copies of bank statements from the Bank of America account for Capo, Incorporated, Defendant's auto repair business.

19.) Plaintiff's trial exhibit No. 15, Bate Stamp 000066, a true and correct copy of Defendant's marriage license.

20.) Plaintiff's trial exhibit No. 16, Bate Stamp 000070, 000076, 000083, 000084, true and correct copies of portions of an investigative report of Defendant.

21.) Plaintiff's trial exhibit No. 17, Bate Stamp 0000131 – 0000146, a true and correct copy of the transcript of Defendant's 341(a) hearing in the underlying bankruptcy case, No. 8:08-BK-13809-TA.

22.) Plaintiff's trial exhibit No. 18, Bate Stamp 0000147 – 0000186, a true and correct copy of Defendant's initial bankruptcy petition and schedules in the underlying bankruptcy case. No. 8:08-BK-13809-TA.

23.) Plaintiff's trial exhibit No. 19, Bate Stamp 0000187 – 0000224, a true and correct copy of Defendant's amended bankruptcy schedules in the underlying bankruptcy case. No. 8:08-BK-13809-TA, dated December 4, 2008.

Dated: June 8, 2010          By: _____
                              John L. Palmer, Attorney for
                              Plaintiff/Appellant, Mahmood Rafsanjani

Designation of Record on Appeal          3

| In re: Reza Kuchecki | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:08-bk-13809-TA |
| | ADV. Proc.: 8:08-ap-01389-TA |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

18002 Irvine Blvd., Ste. 108, Tustin, CA 92780

A true and correct copy of the foregoing document described **Plaintiff, Mahmood K. Rafsanjani's Designation of Record on Appeal** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 8, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Thomas H. Casey    msalustro@tomcaseylaw.com, tcasey@ecf.epiqsystems.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On June 8, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor C. Albert
United States Bankruptcy Court-Central District of California
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 8, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Thomas J. Polis    tom@polis-law.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
John L. Palmer    johnp@bucherpalmer.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/8/10 | Barbara Chamberlain | *Barbara Chamberlain* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1